UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC WALKER,

Plaintiff,

-against-

MYRA RUDE, et al.,

Defendants.

**ORDER**

25-CV-10829 (PMH)

PHILIP M. HALPERN, United States District Judge:

On October 13, 2026, the Court held a pre-motion conference on Defendants' dual application for leave to file a motion to dismiss and stay the case pending Plaintiff's alleged ongoing criminal trial (the "Conference"). (Doc. 70). Plaintiff, appearing *pro se*, and counsel for Defendant appeared telephonically. As directed at the conference and set forth further herein:

1) Defendants' application for a stay of this matter is denied, for the reasons set forth at the Conference;
2) Defendants' application for leave to file a motion to dismiss is granted. As set forth during the conference, the briefing schedule is set as follows: Defendants' motion shall be served and filed on December 1, 2026; Plaintiff's opposition shall be served and filed by January 5, 2027; and Defendants' reply shall be served and filed by January 19, 2027.
3) Additionally, the Court instructed the parties to meet and confer, prior to Defendants' filing their motion to dismiss, and endeavor to clarify and agree on the scope of Plaintiff's pleading. To the extent Plaintiff intends to apply for leave to further amend the amended complaint, Plaintiff shall provide to Defendants' counsel the proposed intended amendment. The Court, upon consent of Defendants' counsel, may consider such an application for leave to further amend, if made prior to December 1, 2026.

*See* transcript.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

**SO ORDERED.**

Dated: White Plains, New York
October 14, 2026

PHILIP M. HALPERN
United States District Judge